UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                         CHAPTER 13

PEGGY A. KIDD                                    CASE NO. 13-82935

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Bayview Loan Servicing LLC            **Court claim #:** 10

**Last four digits** of any number used to identify the debtor's account: 2443

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $5448.59 (Per Creditor's Amended Proof of Claim) |
| Amount Paid by Trustee | $6998.32 (Paid toward original claim amount of $17438.46 prior to Amended Claim being filed)* |

*Claim adjusted to amount paid to date since properly disbursed at time of disbursement.

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan            ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/12/17                            /s/Lydia S. Meyer
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of June, 2017.

Dated:  6/12/17                            /s/Cynthia K. Burnard

BAYVIEW LOAN SERVICING LLC
ATTN: BANKRUPTCY DEPARTMENT
4425 PONCE DE LEON BLVD  5TH FLOOR
CORAL GABLES, FL 33146

CITIMORTGAGE, INC.
BANKRUPTCY SERVICING CENTER
PO BOX 6043
SIOUX FALLS, SD  57117-6043

LAW OFFICES OF IRA T. NEVEL
175 N. FRANKLIN STREET
SUITE 201
CHICAGO, IL 60606

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

PEGGY A. KIDD
927 HARDING ST.
ROCKFORD, IL  61102

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111